**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Mario Eugene PRIDE, Defendant–**
**Appellant.**

**No. 09–13298**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 13, 2009.

Maurio Eugene Pride, Atlanta, GA, pro se.

Before EDMONDSON, BIRCH and COX, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Mario Eugene Pride in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Pride's conviction and sentence are **AFFIRMED.**